1 **BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
2 Goli Mahdavi, California Bar No. 245705
Monique Jewett-Brewster, California Bar No. 217792
3 560 Mission Street, 25th Floor
San Francisco, CA 94105
4 Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
5 Email:        daniel.rockey@bryancave.com
              goli.mahdavi@bryancave.com
6             jewett-brewsterm@bryancave.com

Attorneys for Defendant
8 JPMORGAN CHASE BANK, N.A.
(erroneously sued as "JP MORGAN CHASE")

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| ROBERT H. O'CONNOR, a man | Case No.: 4:14-cv-178 |
| Plaintiff, | Hon. Kandis A. Westmore |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| JP MORGAN CHASE, | |
| Defendant. | [Filed concurrently with Notice of Motion to Dismiss and Motion to Dismiss, and [Proposed] Order] |
| | Date:  March 20, 2014<br>Time:  11:00 a.m.<br>Place: Courtroom 4, 3rd Floor<br>        Oakland Courthouse<br>        1301 Clay Street, Oakland, CA 94612 |
| | Complaint filed:  January 13, 2014<br>Trial date:       Not assigned |

SF01DOCS\184046.1
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **March 20, 2014** at **11:00 a.m.**, or as soon thereafter as the matter may be heard in Courtroom 4 of the above-captioned Court, located at 1301 Clay Street, Oakland, California, 94612, Defendant JPMORGAN CHASE BANK, N.A. (erroneously sued as "JP Morgan Chase") ("Defendant") will, and hereby does, respectfully request that this Court, the Honorable Kandis A. Westmore, presiding, take judicial notice of the documents attached to this Request for Judicial Notice ("RJN") as Exhibits A through R.

Exhibit A: Deed of Trust, recorded on April 11, 2006 in the official records of San Mateo County as Document No. 2006-053176, encumbering the property located at 2108 Summit Drive, Burlingame, California 94010 ("Subject Property").

Exhibit B: Notice of Default and Election to Sell Under Deed of Trust, recorded on March 2, 2009 in the official records of San Mateo County as Document No. 2009-22192.

Exhibit C: Substitution of Trustee, recorded on April 14, 2009 in the official records of San Mateo County as Document No. 2009-043505.

Exhibit D: Assignment of Deed of Trust, recorded on May 15, 2009 in the official records of San Mateo County as Document No. 2009-061221.

Exhibit E: Notice of Trustee's Sale, recorded on June 4, 2009 in the official records of San Mateo County as Document No. 2009-072242

Exhibit F: Notice of Trustee's Sale, recorded on June 29, 2010 in the official records of San Mateo County as Document No. 2010-070283.

Exhibit G: Notice of Trustee's Sale, recorded on September 22, 2010 in the official records of San Mateo County as Document No. 2010-109090.

Exhibit H: Substitution of Trustee, recorded on October 16, 2012 in the official records of San Mateo County as Document No. 2012-150657.

Exhibit I: Notice of Trustee's Sale, recorded on October 24, 2012 in the official records of San Mateo County as Document No. 2012-155672.

Exhibit J: Notice of Trustee's Sale, recorded on January 31, 2013 in the official records of San Mateo County as Document No. 2013-016528.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1    Exhibit K:    WaMu Equity Plus Deed of Trust, recorded on August 22, 2007 in the
2 official records of San Mateo County as Document No. 2007-126685.

3    Exhibit L:    Notice of Default and Election to Sell Under Deed of Trust, recorded on
4 January 4, 2010 in the official records of San Mateo County as Document No. 2010-000235.

5    Exhibit M:    Substitution of Trustee, recorded on May 4, 2010 in the official records of
6 San Mateo County as Document No. 2010-048493.

7    Exhibit N:    Notice of Trustee's Sale, recorded on May 4, 2010 in the official records of
8 San Mateo County as Document No. 2010-048494.

9    Exhibit O:    Summons and Complaint filed on March 16, 2011 in the Superior Court of
10 California for San Mateo County and assigned Case No. CIV 503997.

11    Exhibit P:    Plaintiff's Request for Dismissal of Case No. CIV 503991, filed on August
12 23, 2012.

13    Exhibit Q:    Summons and Complaint filed on February 14, 2013 in the Superior Court
14 of California for San Mateo County and assigned Case No. CIV 519898.

15    Exhibit R:    Plaintiff's Claim and Order to Go to Small Claims Court filed on January 8,
16 2014 in the Superior Court of California for San Francisco County and assigned Case No. CSM-
17 14-845888.

18    This Request for Judicial Notice is made in support of Defendant's Motion to Dismiss
19 Plaintiff's Complaint and is based on the attached Memorandum of Points and Authorities, all
20 pleadings and records on file in this action, and such briefing, papers, and argument as may be
21 permitted in this matter.

22 Dated: February 11, 2014        **BRYAN CAVE LLP**
                                   Daniel Rockey
23                                 Goli Mahdavi
                                   Monique Jewett-Brewster
24

25                                 By:  /s/ Monique Jewett-Brewster
                                        Monique Jewett-Brewster
26                                 Attorneys for Defendant
                                   JPMORGAN CHASE BANK, N.A.
27

28

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

## MEMORANDUM OF POINTS AND AUTHORITIES.

Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") requests that the Court take judicial notice of the attached documents, Exhibits A through R on the basis that the documents contain facts that are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201.

Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. The Court's consideration of the attached documents related to the foreclosure process does not convert Defendant's Rule 12(b)(6) Motion into a motion for summary judgment. *Id.*

Exhibits A through N are documents recorded in the Official Records of San Mateo County and are capable of accurate and ready determination from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201. Indeed, California district courts have taken judicial notice of recorded foreclosure notices when ruling on a motion to dismiss. *See e.g. Gardner v. American Home Mortg. Servicing, Inc.*, 691 F.Supp.2d 1192, 1196 (E.D. Cal. 2010) (taking judicial notice of a Notice of Default and Notice of Trustee's Sale); *Champlaie v. BAC Home Loans Servicing, LP*, 706 F.Supp.2d 1029, 1039 (E.D. Cal. 2009) (finding judicial notice of recorded Notice of Default, Notice of Trustee's Sale, and Trustee's Deed Upon Sale proper); *Pantoja v. Countrywide Home Loans, Inc.,* 640 F.Supp.2d 1177, 1192 n. 12 (N.D. Cal. 2009) (taking judicial notice of the Deed of Trust).

In addition, the Court may take judicial notice of Exhibits O through R because they are records of the Superior Court of California. Judicial notice may be taken of any court of this state or the United States. See Cal. Evid. Code § 452(c), (d); *Aaronoff v. Martinez-Senftner*, 136 Cal. App. 4th 910, 918 (2006) ("Judicial notice may be taken of any court record."); *Dugall v. G.E. Commc'ns Servs., Inc.,* 81 Cal.App.4th 81, 86 (2000) (permitting judicial notice of the records of California court).

///

1    Accordingly, Defendant respectfully requests that the Court take judicial notice of the
2 attached Exhibits A through R, in considering Defendant's Motion to Dismiss Plaintiff's
3 Complaint.

Dated: February 11, 2014

**BRYAN CAVE LLP**
Daniel Rockey
Goli Mahdavi
Monique Jewett-Brewster

By:   /s/ Monique Jewett-Brewster
        Monique Jewett-Brewster
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.