United States District Court
Northern District of California

ROBERT H. O'CONNOR,

    Plaintiff,

  v.

JP MORGAN CHASE, N.A.,

    Defendant.

Case No.: 4:14-cv-00178-KAW

ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY

Defendant's motion to appear telephonically at the motion hearing on November 20, 2014 at 11:00 a.m. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*.  This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: 10/06/2014

KANDIS A. WESTMORE
United States Magistrate Judge