United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE,<br><br>    Defendant. | Case No. 14-cv-00178-KAW<br><br>**ORDER VACATING NOVEMBER 20, 2014 HEARING**<br><br>Re: Dkt. No. 31 |

Defendant's motion to dismiss Plaintiff's first amended complaint, Dkt. No. 31, is set for hearing on November 20, 2014. The Court finds the matter suitable for disposition without hearing pursuant to Civil Local Rule 7-1(b) and vacates the November 20, 2014 hearing. The Court will issue a written order on the motion.

**IT IS SO ORDERED**.

Dated: 11/17/14

_____
KANDIS A. WESTMORE
United States Magistrate Judge